IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAMELA J. HARDERS, | ) | Case No. 4:06CV3076 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ON** |
| vs. | ) | **STIPULATION REGARDING** |
| | ) | **DEFENDANT'S AMENDED ANSWER** |
| GRAND ISLAND PUBLIC SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came on for consideration before the undersigned Judge upon the parties' Stipulation, filing 15, regarding Defendant's request to file an Amended Answer in the above-captioned case. The court, being duly advised in the premises, finds that Defendant is permitted to file an Amended Answer to Plaintiff's Complaint.

IT IS HEREBY ORDERED that Defendant shall be permitted to file an Amended Answer to Plaintiff's Complaint in the above-captioned case, which shall be filed within seven (7) days from the date of this Order.

Dated this 1st day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
U.S. Magistrate Judge

Prepared By:

Shirley K. Williams - #17757
Jocelyn Walsh Golden, #23039
KNUDSEN, BERKHEIMER,
RICHARDSON & ENDACOTT, LLP
1248 O Street, #1000
Lincoln, NE  68508
402/475-7011
jgolden@knudsenlaw.com
Attorneys for Defendant