```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| PAMELA J. HARDERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3076 |
| | ) | |
| v. | ) | |
| | ) | |
| GRAND ISLAND PUBLIC SCHOOLS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The joint oral motion of the parties is granted and the deadline for the parties to submit their report on mediation pursuant to paragraph 12 of the Order Setting Progression of Case is extended to September 19, 2006.

DATED this 1st day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge