IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAMELA J. HARDERS, | ) | Case No. 4:06CV3076 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| GRAND ISLAND PUBLIC SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

The Court, after duly considering the dismissal with prejudice filed by the plaintiff, Pamela J. Harders, and the Trustee in Bankruptcy, John A. Wolf, hereby grants the same and hereby dismisses the above-captioned matter with prejudice in its entirety.

DATED this 23rd day of January, 2007.

s/ Warren K. Urbom
_____
United States Senior District Court Judge

Prepared and submitted by:

Shirley K. Williams ~ #17757
Knudsen, Berkheimer,
 Richardson & Endacott, LLP
1248 "O" Street, Suite 1000
Lincoln, Nebraska 68508-1474
(402) 475-7011